IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01813-BNB

WYTRICE SILER,

    Plaintiff,

v.

WARDEN MARK BROADDUS,
SGT. BRIDENBACH,
MRS. HUDSON,
LT. SALVAGE, and
CAÑON CITY WOMEN CORRECTIONAL FACILITY,

    Defendants.



FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 7 2008

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Plaintiff Wytrice Siler initiated this action by filing *pro se* a Prisoner Complaint. In an order filed on August 26, 2008, Magistrate Judge Craig B. Shaffer directed the clerk of the Court to commence a civil action and directed Ms. Siler to cure certain deficiencies if she wished to pursue her claims. Specifically, Magistrate Judge Shaffer ordered Ms. Siler to file a complaint in which the names in the caption match the names in the text and either to pay the filing fee or to file a motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Ms. Siler was warned that the complaint and the action would be dismissed without further notice if she failed to cure the deficiencies within thirty days.

On September 15, 2008, Ms. Siler filed an amended Prisoner Complaint and two motions seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915,

one of which is on the court-approved form. However, the account statement submitted in support of the *in forma pauperis* motions is deficient because the account statement is dated May 6, 2008, and does not cover the entire six-month period immediately preceding the filing of the complaint as required pursuant to § 1915(a)(2). Ms. Siler was advised of the need to submit a current, six-month account statement because that requirement is stated on the court-approved form motion for leave to proceed *in forma pauperis* that Ms. Siler completed and filed on September 15. Therefore, because the account statement provided by Ms. Siler is deficient, the action will be dismissed without prejudice for failure to cure the deficiencies. Accordingly, it is

ORDERED that the complaint, the amended complaint, and the action are dismissed without prejudice for failure to cure the deficiencies. It is

FURTHER ORDERED that the motions seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 filed on September 15, 2008, are denied as moot.

DATED at Denver, Colorado, this 6 day of Oct. , 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01813-BNB

Wytrice Siler
Prisoner No. 139032
CWCF
PO Box 500
Cañon City, CO 81215-0500

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 10/7/08

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk